IN THE UNITED STATES DISTRICT COURT
FOR THE _Middle District of Alabama_

2007 MAR -9  A 9:17       2:07cv210-T

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

**DEMAND FOR JURY TRIAL**

_Labbie Hope_

Inmate Identification Number: _181215_

_____

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

_Richard Allen Commissioner of (A.D.O.C.)_
_Warden Rowell, Capt. Bolling, Capt. Barrett,_
_Lt. Clay, Sgt. Smith Officer Pettaway_
_Officer Barber, Officer Denkins Et. Al._

_unknown Cubicle officer Two unknown officer that Took Photos of Plaintiff After incident on Date in Question Per Warden Rowell Institutional Investigating officer Et. AL. in their individual and official Capacities. Et. AL._

(Enter above full name(s) of the defendant(s)
in this action)

I.  **Previous lawsuits**

  A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
     Yes ( )        No (✓)

  B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

    1.  Parties to this previous lawsuit:

       Plaintiff(s): _____

       Defendant(s): _____N/A_____

       _____

SCANNED
PSR 3-9-07

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Place of present confinement  Kilby Correctional Facility (A.D.O.C.)

A. Is there a prisoner grievance procedure in this institution?
Yes ( )    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )    No ( )

C. If your answer is YES:

1. What steps did you take? Filed written complaint to comm. Allen Warden Bowell, Capt. Bolling Capt. Barrett Lt. Clay, Sgt. Smith

2. What was the result? No response from either party

D. If your answer is NO, explain why not? N/A

2

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) LARRIE HOPE

   Address Kilby Correctional Facility P.O. Box 150 Mt. Meigs Alabama 36057

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Commissioner Richard Allen

   is employed as Commissioner

   at Alabama Department of Correction Central Records Div.

C. Additional Defendants Warden Rowell, Capt. Bolling, Capt. Barrett, Lt. Clay, Sergt. Smith, Col Pettaway, Col Barber, Col Denkins, unknown named Cubicle officer, institutional investigating officer of incident, Two unknown name officer who took Photos of Plaintiff on Date in Question per Warden Rowell Et. AL.

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Count Pg 1' claim

Claims - Violations of Eighth and Fourteenth Amendment of U.S. Constitution and retaliation of Alabama Dept. of Correction Associated Facilities stemming from U.S. Supreme Court ruling of "Hitching Post" case in (2002). Plaintiff Larrie Hope v. Mark Petzel

3

Et. Al, 536 U.S. ____ 2002). This complaint is being dated by inmate legal aid. On July 6, 2006 inmate Larry Hope was housed in Kilby Correctional Facility Segregation Unit. Plaintiff was handcuffed and escorted to shower area for shower by Officer Pettaway and Col Barber while in shower Plaintiff was speaking to another inmate down the tier at that junction Col Pettaway stated if you dont

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Five Hundred thousand dollars Punitive Damages - monetarily Five Hundred Thousand dollars Compensatory Damages - monetarily Declaratory Damages of Training Implementation, Trial By Jury Appointment of Counsel and Plaintiff is requesting Federal Protection due to threats that (A.D.O.C.) Officials "we will kill you before you are released..." Plaintiff is requesting an injunction /Temporary restraining order be place on A.D.O.C. Thank You Your Honor.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Larrie Hope 181215
L-5-1A
P.O. Box 150
Mt. Meigs Alabama 36057
Larrie Hope
Signature(s)

stop talking get your motherfucking ass out of the shower" And Plaintiff responded by stating "I'll stop count but you don't have to talk to me like that, you know you Pg 2 are violating Standard Operation Procedures of Officers Claim Standard of conduct - not to use Abusive and degrogatory Language nor threats or Assaultive behavior" And at that point CO1 Pettaway stated since you know the Fucking Rules so well Shut the Fuck up and get your ass out of the Shower I'm going to Show your ass something and ordered North Control Cubicle Officer to Turn the Shower off" Well Officer Pettaway And Officer Barber came upstairs to the shower and Pettaway handcuffed Plaintiff And they escorted Plaintiff downstairs and once Plaintiff was between B/C Block wall CO1 Pettaway Grabbed Plaintiff from behind And choked him to the Floor And started Punching Plaintiff in Face, Head And side, then CO1 Pettaway Place A belt Around Plaintiff neck And Told him You Got Away with your hitching Post case but I'll hang your Ass And Get Away with it here At Kilby And my bosses will back my Play As CO1 Barber Kicking me in the Side And stomping me as CO1 Denkins stood by And refuse to intervene And stop them. Warden Rowell, Capt. Bolling Lt. Clay, Sgt. Smith All Arrived At the seen minutes later And Warden Rowell Ordered Plaintiff be Taken to

Count Pg 3 Claim

infirmary for body chart by Medical Staff of Prison Health Services and approximately a few hours later two unknown named officers came to E-Block Unit and took pictures of my body of bruises, abrasions swelling ect. In which this conduct of officers violated Plaintiff U.S. Constitution Amendment Rights Eighth - Cruel and Unusual Punishment Right to be free from and Fourteenth - Due Process and Equal Protection of the law and Failure to Protect on Supervisor Superior Liability because Warden Rowell, Capt. Bolling, Capt. Barrett, L.T. Clay, Segt. Smith are all aware of the assaultive behavior of Co1 Pettaway and Co1 Barber in the Segregation/Facility unit and Kilby Correctional Facility has a prior history of assaultives behaviors by officers in the segregation unit and have failed to stop this behavior nor discipline officers for this such behavior nor request they Surrender their badges of duties. Plaintiff was also attacted by Co1 Norman At St. Clair Correctional Facility

in the presence of Sgt. Peterson once transfered from Limestone Correctional Facility during the hitching Post Litigation And Col Norman mention count Pg 4 claim we dont care about no hitching Post here we'll beat your dam brains out here so tell that And Sue. Captain Simmons created Another situation At St. Clair stating Fuck the hitching Post You're At St. Clair And I'm going To Keep You Fucked up I dont care who You Tell And had Plaintiff Placed in Segregation Maximum Custody. Plaintiff was later Transfered to Holman Correctional Facility in Segregation For 14 (Fourteen) months without incident under Warden Grant Culliver but could not be released From Segregation due to Plaintiff informing Warden Culliver of An enemy in Holman Population Plaintiff was later Transfered to Kilby Correctional Facility For the hitching Post Trial where he remains in Segregation At current state in Fear of his life From staff at Facility. Plaintiff have received numerous Fabricated infractions of disciplinary Actions which causes Plaintiff To remain in Segregation For the Past (3) Years which constitutes cruel and unusual Punishment

And ~~due process and equal protection of law.~~ Plaintiff fear for his life and is requesting Federal Protection ~~~~. Injunctional Temporary restraining order ordering that officers Pettaway, Barber and Denkins are not to be in plaintiff presence and nor alone and are to no longer serve plaintiff food, nor shower plaintiff. Commissioner Richard Allen is aware of this assaultive behavior at Kilby Correctional Facility because the superior supervisor's have to send a yearly report of situations to commissioner yearly and I wrote a complaint to him personally concerning this situation and assaultive behavior at Kilby Correctional Facility. Institutional investigators for the Alabama Department of Corrections investigated the incident in question by interviewing plaintiff.

Count Pg 5 Claim

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing have been served on the following:

C/O The Clerk
District Court of Montgomery County
P.O. Box 711
Montgomery Alabama 36101-0711

And

C/O Mr. Rowell Deputy Warden
Kilby Correctional Facility Admin Bldg
P.O. Box 150
Mt. Meigs Alabama 36057

By placing copy in the U.S. Mail Postage Pre Paid on the day of March 6th    2007

Respectfully Submitted

Larrie Hope

LARRiE Hope # 181215-L4-A
P.O. Box 150
MT. Meigs, Alabama 36057

"This correspondence is forwarded
from an Alabama Stat[e]
[in]stitution. The contents
[are un]available
[for the] substance of
communication."

Clerk Debra P. Hackett, Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711




