**FOR USE BY INCARCERATED PERSONS**

2:07cv210-T
RECEIVED
2007 MAR -9 A 9:18
A P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE Middle District of Alabama

**APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: LABBIE Hope #181215-L-5-1A
   Present mailing address: P.O. Box 150
   Mt. Meigs Alabama 36057

2. Are you presently employed?   Yes ___   No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   N/A
   N/A

   Monthly earnings: N/A

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   N/A
   N/A

   Date last worked: N/A
   Monthly earnings: N/A

3. Have you received within the past twelve months any money from any of the following sources?
   (a) Business, profession, or any form of self-employment?   Yes ___   No ✓
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ___   No ✓

1

SCANNED
BR 3.9.07

(c) Pensions, annuities, or life insurance payments?   Yes ____   No ✓

(d) Gifts or inheritances?   Yes ____   No ✓

(e) Any other sources?   Yes ____   No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _____

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes ____   No ✓

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____*NONE*_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: *MARCh 6th 2007*                    *Jamie Hope*
                                      SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information must be certified by prison or jail personnel and must include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for six full months must be provided.

### CERTIFICATION

I hereby certify that prisoner __Larrie Hope # 181215__ has been incarcerated in this institution since __October 27, 2005__, and that he has the sum of $ __1.09__ in his prison or jail trust account on this the __01__ day of __March, 2005__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Sept. 07 | $ 0.00 | $ 4.64 |
| Month 2 | Oct 07 | $ 20.00 | $ 3.55 |
| Month 3 | Nov 07 | $ 25.00 | $ 2.87 |
| Month 4 | Dec 07 | $ 15.00 | $ 2.15 |
| Month 5 | Jan 07 | $ 0.00 | $ 1.09 |
| Month 6 | Feb 07 | $ 0.00 | $ 1.09 |
| Current month (if less than full month) | March 07 | $ 0.00 | $ 1.09 |

_Tonya W. Harwd_
Signature of Authorized Officer of Institution

__Kilby Correctional Facility__
Name of Institution

4