IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRIE HOPE,                     )<br>                                  )<br>    Plaintiff,                   )<br>                                  )<br>    v.                            )<br>                                  )<br>RICHARD ALLEN, Commissioner )<br>of Alabama Department of    )<br>Corrections, et al.,        )<br>                                  )<br>    Defendants.                )  | CIVIL ACTION NO.<br>2:07cv210-MHT |

ORDER

It is ORDERED that the plaintiff's motion for temporary restraining order (contained in plaintiff's complaint) (Doc. No. 1)) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 12th day of March, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE