**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Barber
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Bruce Vermill_ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
_Bruce Vermilly_     3-12-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:07cv 210

C + P0     (40)

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from servi...     7005 1160 0001 2962 0242

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Pettway
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bruce Vermuuf_     ☑ Agent
                      ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
_Bruce Vermilyu_     3-12-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:07CV 210
C+PO          (40)

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0001 2962 0235

Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

|ₗ.ₗₗₗₗₗ.ₗₗ.ₗₗₗₗₗₗ.ₗ.ₗ.ₗₗ.ₗₗ.ₗ.ₗ|

Lt.Clay
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

2. Article Number
(Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Bruce Vermul_           ☑ Agent
                           ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

_Bruce Vermilye_          3-12-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:07cv210
c + p°                                          (EO)

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

7005 1160 0001 2962 0211

Domestic Return Receipt

February 2004

102595-02-M-1540

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Denkins
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Bruce Vermull_    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Bruce Vermillon_              3-12-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:07CV 210
C + P²                                    (40)

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from se...     7005 1160 0001 2962 0259
            2004

Domestic Return Receipt

102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Assst. Warden Rowell
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Bruce Vermmmy_   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Bruce Vermilyu_                  3-12-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07cv 210
   Ct 80                                       40

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0001 2962 0181

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Bruce Vermuly_ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Bruce Vermilyea_   3-12-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:07cv 210
C & po

1. Article Addressed to:

|,.||,.||,.||,,..|,|,|,,.||,|,.|

Cptn. Barrett
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0001 2962 0204

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Cptn. Bolling
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bruce Vermillion_     ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
_Bruce Vermillion_                 3-12-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:07CV 210
C & B

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7005 1160 0001 2962 0198

Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sgt. Smith
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Bruce Vermuy_    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Bruce Vermily                    3-12-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

2:07CV 210
L+P°                             (40)

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1160 0001 2962 0228

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540