IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRIE HOPE, #181215, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv210-MHT |
| | )                   (WO) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 15, 2007 (Doc. No. 7), and after an independent and de novo review of the record, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The motion for preliminary injunction filed by plaintiff (Doc. No. 1) is DENIED.

2. This case is REFERRED BACK to the Magistrate Judge for additional proceedings.

DONE, this the 6th day of March, 2007.

                                                  /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE