**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **LARRIE HOPE** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Case No.: 2:07-CV-210-T** |
| | ) |
| **RICHARD ALLEN, et al.** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION FOR EXTENSION OF TIME**

Come now the Defendants, **Richard Allen, W. G. Rowell, Leon Bolling, Bobby Barrett, Carl Clay, Allan Smith, Roosevelt Pettaway, Anthony Barber and Tericus Dinkins**, by and through the undersigned counsel, and move for an extension of time of seven (7) days to file their Answer and Special Report in this cause and for grounds state as follows:

1. The Defendants' Answer and Special Report in this cause are due April 18, 2007.

2. Undersigned counsel has not received all of the information necessary to file a response to Plaintiff's complaint.

5. The Defendants' Answer and Special Report cannot be prepared without these affidavits and records.

6. This is said Defendants first request for an extension.

7. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time of seven (7) additional days, up to and including **April 25, 2007**, to file their Answer and Special Report.

Respectfully Submitted,

/s/ ELLEN LEONARD
ELLEN LEONARD (LEO008)
Assistant Attorney General
Counsel for Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 353-8699
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

I certify that I have on this the 18th day of April, 2007, served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Larrie Hope, #181215
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL  36057

/s/  ELLEN LEONARD
OF COUNSEL