**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Baggett
   Classification Specialist
   Kilby Correctional Facility
   P.O. Box 150
   Mt. Meigs, AL 36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Bruce Vermilyea*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Bruce Vermilyea
C. Date of Delivery: 4-20-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07CV 210
   C. amendment + 0
   5/21/07

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 9938

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540