**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

May 21, 2007

# NOTICE OF CORRECTION

FROM:    Clerk's Office

Case Style:  Larrie Hope v. Richard Allen et al

Case No.:   2:07cv210-MHT
            Document 17, Exhibit 1

This Notice of Correction was filed in the referenced case this date to attach the corrected pdf for Exhibit 1 to Document 17. The originally e-filed document did not contain a signature page. A copy of the corrected exhibit is attached to this Notice and Document 17, Exhibit 1 has been corrected.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTICT OF ALABAMA
NORTHERN DIVISION

LARRIE HOPE, #181215            )
    Plaintiff,                )
                                )
VS.                             )    CIVIL ACTION NO. 2:07-CV-210-MHT
                                )
OFFICER ROOSEVELT PETTAWAY, et al. )
    Defendants.              )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Roosevelt Pettaway who, being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Roosevelt Pettaway. I am presently employed as a Correctional Officer with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen years of age. I have reviewed the Plaintiff's allegations and I deny that I have violated any of inmate Hope's rights. I further certify that on July 6, 2006, I, CO Roosevelt Pettaway, was assigned as the C/D Block-Segregation Rover. At approximately 4:50p.m., I heard loud yelling coming from B-Block shower area. I, CO R. Pettaway then proceeded to B-Block to see where the noise was coming from, and observed inmate Larrie Hope B/181215 inside B-Block shower. I, CO Pettaway then asked inmate Hope to keep the noise down. Inmate Hope refused to comply, and continued taking loud and making threats, stating. "I'm going to kill you". I, CO Pettaway called for CO Anthony Barber to assist me in escorting inmate Hope back to his assigned cell D#18. While escorting Larrie Hope B/181215 back to his assigned cell, he (Hope) did turn towards me with his (Hope) fist balled, clutched, and swung at me. I subdued inmate Hope to the ground by grasping him around the waist. While on the ground, inmate Hope was yelling, cursing, and spitting while continuing to struggle. I, CO Pettaway yelled for CO Tericus Dinkins, to get a pair of handcuffs, so that inmate Hope could be restrained. I, then placed his left hand behind his



back and cuffed him, CO A. Barber placed the right hand behind his back and cuffed him. At no time did I choke, punch or place a belt around the neck of inmate Larrie Hope.

CO Roosevelt Pettaway

Kilby Correctional Facility

STATE OF ALABAMA    )

MONTGOMERY COUNTY  )

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND THIS THE 9th DAY OF March, 2007

NOTARY PUBLIC

My Commission Expires: 12-15-2009