In the District Court of the United States
For the Middle District of Alabama
Northern Division

LARRIE HOPE #181215,  *
      PLAINTIFF,
                      *
V.                    * CASE NO. 2:07-CV-210-MHT
                      *
RICHARD ALLEN, ET. AL., *
      DEFENDANT(S)
                      *

## MOTION FOR DISCOVERY, F.R.CIVIL P. RULE 26
## MOTION FOR PRODUCTION OF DOCUMENTS

COMES NOW LARRIE HOPE #181215 PLAINTIFF, LOCATED AT P.O. BOX 150 CELL BLOCK-L (L-6-01A) MT. MEIGS, ALABAMA 36057 AND IN THE ABOVE STYLED CAUSE MOVES THIS HONORABLE COURT FOR THE FOLLOWING REASON:

(1.) ON MARCH 9th, 2007, UNITED STATES MAGISTRATE JUDGE HON. SUSAN RUSS WALKER ORDERED DEFENDANTS TO IN SECTION 3. IN ADDRESSING THE CLAIMS PRESENTED BY THE PLAINTIFF, THE DEFENDANTS SHALL FURNISH COPIES OF ALL DOCUMENTS, RECORDS AND REGULATIONS RELEVANT TO THE PLAINTIFF'S CLAIMS FOR RELIEF.

 * THE DEFENDANTS HAVE FAILED TO DO SO AS ORDERED.

(2.) In Defendants answer and Special Report submitted on May 17th, 2007 Defendants did not submit any regulations, rules or Standard Operation Procedures relevant to Plaintiff claims. See Special Report of Defendants.

(3.) In order for Plaintiff to comply with F.R.Civ.P. 56 and prove there is a genuine issue of material fact, Plaintiff must have the following requested documents, because Defendants intentionally mislead this honorable court in their Special Report by not submitting them as ordered.

(4.) Plaintiff request following documents: Copy of;

  (A) Administrative Rules and Regulations for Segregation of Alabama Department of Corrections;

  (B) Disciplinary Segregation Rules and Regulations;

  (C) Standard Operation Procedures #208 Standard of Conduct of Officers;

  (D) Use of Force Regulation of Officers;

  (E) Classification Manual - September 1st, 2006;

-2-

(F) A copy of all physical altercations between officers of Kilby Correctional Facility in the segregation unit and general population in the past five (5) years to prove by data of the physical abuse on inmates at Kilby Correctional Prison and a copy of all civil suits filed by inmates at Kilby Correctional Prison in the past thirty (30) years.

## CONCLUSION

Plaintiff request these document through this Honorable Court leave to prove Plaintiff claims that supervisor officials were well aware of subordinates actions of abuse and that defendants have a system of covering up that abuse on inmates by officials of Alabama Department of Corrections at Kilby Correctional Facility.

Done this the 24th day of May 2007.

Lonnie Pope #181215

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING HAS BEEN SERVED BY U.S. MAIL THIS THE 24th DAY OF MAY 2007, TO:

HON. CLERK OFFICE
MIDDLE DISTRICT OF ALABAMA
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
                36101-0711 ; AND

OFFICE OF ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA
                36130 .

RESPECTFULLY SUBMITTED,

*Larrie Hope* #181215, Pro Se
LARRIE HOPE #181215 (L-6-01A)
P.O. BOX 150
MT. MEIGS, ALABAMA
                36057

-H-

Larell Hope
#181215 (L-6-014)
P.O. Box 150
Mt. Meigs, Alabama
36057

C/O: Hon. Clerk Office
Middle District of Alabama
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711



HASLER
$0.410
05/29/2007
US POSTAGE