IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRIE HOPE, #181215, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-210-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for discovery/motion for production of documents filed by the plaintiff on May 30, 2007 (Court Doc. No. 20), and for good cause, it is

ORDERED that:

1. This motion, with respect to the plaintiff's requests for production of documents contained in ¶4(A)-(E), be GRANTED to the extent allowed by this order.

2. On or before June 15, 2007, the defendants shall object or otherwise respond to the plaintiff's requests for production of documents contained in ¶4(A)-(E). If the defendants submit an objection to a request, they should state specific reasons for their objection.

3. This motion, with respect to the plaintiff's requests for production of documents contained in ¶4(F), be and is hereby DENIED as production of such documents sought would be overly burdensome. Additionally, the majority of the documents sought in ¶4(F)

are irrelevant to a determination of the issues raised by the plaintiff.

    4. The plaintiff be GRANTED an extension of time from June 7, 2007 to and including July 2, 2007 to file a response to the defendants' special report in compliance with the directives of the order entered on May 18, 2007 (Court Doc. No. 18).

    Done this 31st day of May, 2007.

/s/ Susan Russ Walker  
SUSAN RUSS WALKER  
UNITED STATES MAGISTRATE JUDGE