In THE District Court OF THE United STATES
FOR THE middle District OF Alabama
NORTHERN Division



LARRiE Hope #181215
  PlAiNTiFF

V.

Richard Allen ET. AL.
  DEFENdAnt,s

CASE no. 2:07-CV-210-MHT

## Address Change

Come now LARRiE Hope #181215, PlAiNTiFF locATEd AT 3700 Holman Unit, ATmoRE Alabama 36503 And in THE Above STyLEd Cause moves This Honorable court FoR THE Following REAson. Address Change.

LARRiE Hope #181215-K-25
3700 Holman Unit
ATmoRE Alabama 36503

RESpectFully Submitted
Larrie Hope #18125 PRO SE
LARRiE #181215, PlAiNTiFF

## CERTIFICATE OF SERVICE

I HEREby CERtify That copy of Foregoing HAVE Been Placed in THE U.S. mAil On THE 20 DAy of June 2007 And SERVED On.

C/O: THE HonorAble CleRk
U.S. District Court of AlabAmA
middle District of AlabAmA
P.O. Box 711
MontgomeRy, AlabAma.
            36101-0711.

And

C/O: ATTorney GenerAl OFFice
11 South union STREET
Montgomery, AlAbAmA
            36130

                    REspectfully Submitted
                    Larrie Hope #181215 PRO SE
                    LARRie Hope #181215-K-25
3700 Holman unit,   Atmore AlAbama 36503

-2-

LABRiE HOPE
#181315-K-25
3700 Holman Unit
Atmore, Alabama 36503

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the communication."

Hon. CLERK OFFICE
Middle DiSTRict OF AlAbAmA
United STAtes DiStRict CouRt
P.O. Box 711
Montgomery, Alabama 36101-0711

USPS Postage $00.41 — JUN 21 2007 — Mailed from ZIP Code 36502