IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRIE HOPE, #181215, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-210-MHT |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on June 28, 2007 (Court Doc. No. 24), and as the standard operating procedures and administrative regulations sought by the plaintiff are irrelevant to a determination of whether the actions of the defendants constituted the use of excessive force in violation of the plaintiff's constitutional rights, it is

ORDERED that this motion be and is hereby DENIED.

Done this 29th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE