In the United States District Court
For the Middle District of Alabama
Northern Division

Larrie Hope #181215
　　Plaintiff

V.

Richard Allen ET. AL.
　　Defendants

RECEIVED
2007 JUL 10 A 9:41

Case No: 2:07-CV-210-MHT

## Plaintiff First Interrogatories
### To Defendants Roosevelt Pettaway and Anthony Barber

Pursuant to Rule #26 and Rule #33 of the Federal Rule of Civil Procedure. Plaintiff request that defendants Roosevelt Pettaway Anthony Barber answer the following interrogatories:

(1.) Please identify all positions and titles, with corresponding dates of employment, that you have held as an employee at Kilby State Prison. Describe your job responsibilities for each position and title.

(2.) Please describe in as much detial as possible the training you have received while working at Kilby Prison on the use of force.

(3.) Please describe in as much detial as possible every policy, procedure, and practice that governs the use of force.

(4.) Please identify all officials responsible for formulating, implementing and monitoring compliance with the policies, procedures and practices described in your response to interrogatory #3.

(5.) Please describe in as much detail as possible the complete circumstances surrounding your use of force against

(6.) Please describe in as much detail as possible the complete circumstances surrounding all other instances in which you used the use of force, while working at Kilby State Prison. Include in your response the circumstance surrounding any disciplinary action that occurred after each actual or threatened application of force.

(7.) Please identify each person known to you and not otherwise identified in your answers to these interrogatories who has provided any information or assistance of whatever nature or description relating to any of your answers to these interrogatories.

Respectfully Submitted
Larrie Hope #181215 Pro Se

Certificate of Service

I hereby certify that copy of foregoing have been served on the following by placing in US mail on the 8th day of July 2007

C/o The Clerk:
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery Alabama 36101-0711

And

C/o: Attorney General Office
11 South Union Street
Montgomery Alabama 36130

Respectfully Submitted
Larrie Hope #181215 Pro Se
Larrie Hope #181215-K-25
3700 Holman Unit
Atmore, Alabama 36503



LARRiE HOPE
# 181215-K-25
3700 Holman Unit
Atmore, Alabama 36563

C/o: THE CLERK:
United STATES DisTRict CouRt
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

**LEGAL MAIL ONLY**