IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRIE HOPE, #181215,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)　　CASE NO. 2:07-CV-210-MHT
　　　　　　　　　　　　　　　　)
RICHARD ALLEN, et al.,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　)

**ORDER ON MOTION**

Upon review of the interrogatories propounded by the plaintiff on July 10, 2007

(Court Doc. No. 26), and for good cause, it is

ORDERED that:

1.  The defendants shall file no response to the interrogatories as the plaintiff seeks

information which (i) addresses privileged matters, (ii) would undermine security of the

prison system, (iii) is cumulative or duplicative in nature to information provided in the

special report, (iv) is irrelevant to a determination of the constitutional issues before this

court, and/or (iv) would be overly burdensome on the defendants.

2.  No discovery requests be filed without leave of court.

3.  Any motion for leave to conduct discovery shall be filed on or before July 26,

2007.  The plaintiff is ***cautioned*** that requests for discovery which (i) address privileged matters,

(ii) are cumulative or duplicative in nature to information provided in the special reports, (iii) seek

information irrelevant to a determination of the issues before this court, and/or (iv) are overly

burdensome will not be allowed by this court.

4. The plaintiff be and is hereby GRANTED an extension from July 2, 2007 to and including August 6, 2007 to file a response to the defendants written report.

Done this 11th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE