IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRIE HOPE #181215,            ✳
        PLAINTIFF

V.                              ✳    CASE NO. 2:07-CV-210-MHT

RICHARD ALLEN, ET.AL.,
        DEFENDANT,S            ✳


OBJECTION TO MAGISTRATE JUDGE, DOCUMENT #:21-1
ORDER ON MOTION

COMES NOW LARRIE HOPE #181215, PLAINTIFF, LOCATED AT P.O. BOX 150
MT. MEIGS, ALABAMA 36057 AND IN THE ABOVE STYLED CAUSE MOVES
THIS HONORABLE COURT FOR THE FOLLOWING REASONS:

1) PLAINTIFF FILED MOTION FOR DISCOVERY, F.R. CIV. P. 26
MOTION FOR PRODUCTION OF DOCUMENTS AGAINST DEFENDANT(S).
WITH THE INTENT OF PROVING THAT DEFENDANTS SUPERVISORS
ARE FULLY AWARE OF THE ASSAULTIVE BEHAVIOR OF EXCESSIVE
USE OF FORCE OF SUBORDINATES AT KILBY FACILITY AND HAVE
BEEN AWARE OF THE CONDUCT FOR THE PAST THREE (3) DECADES
AND MAGISTRATE JUDGE DENIED SECTION 4-F OF MOTION
PLAINTIFF NEED THESE DOCUMENTS IN ORDER TO PROVE THESE
FACTS OF HIS INITIAL 42 USCA §1983 OF CRUEL AND
UNUSUAL PUNISHMENT BY OFFICIALS AND WITHOUT THESE
DOCUMENTS DEFENDANTS WILL TRY TO CLAIM THEIR ACTIONS
WERE NON-INTENTIONAL, WHEN IN ALL DEFENDANTS ACTIONS
WERE EVIL INTENT, MALICE AND DELIBERATE INDIFFERENCE
TO PLAINTIFF CONSTITUTIONAL RIGHTS OF DEFENDANTS VIOLATIONS.
PLAINTIFF REQUEST THESE DOCUMENTS TO PROVE GENUINE ISSUE
OF MATERIAL FACT FOR F.R. CIV. P. 56.

2. PLAINTIFF CANNOT RECEIVE THESE DOCUMENTS BY NO OTHER MEANS
CAUSE PLAINTIFF DO NOT HAVE AN ATTORNEY WHO MAY REVIEW DEFENDANTS
RECORDS OF CRUEL AND UNUSUAL PUNISHMENT, PLAINTIFF PRAYS THIS
HONORABLE COURT ORDER DEFENDANTS TO PRODUCE THESE REQUESTED
DOCUMENTS IN SECTION 4-(F) OF MOTION FOR DISCOVERY.

DONE THIS THE <u>11th</u> DAY OF JUNE 2007.

                              RESPECTFULLY SUBMITTED,

                              #181215  PRO SE
                              LARRIE HOPE # 181215, PLAINTIFF


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT COPY OF FOREGOING HAVE BEEN PLACED
IN U.S. MAIL ON THE <u>11th</u> DAY OF JUNE 2007 AND SERVED
ON:

c/o: THE HONORABLE CLERK
U.S. DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA
          36101-0711;


c/o: ATTORNEY GENERAL OFFICE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA
          36130          .

                              RESPECTFULLY SUBMITTED

                              # 181215   PRO SE
                              MR. LARRIE HOPE # 181215 (L-6, 01A)
                              P.O. BOX 150
                              MT. MEIGS, ALABAMA
                                        36057

-2-

US POSTAGE

HASLER

$0.410

JUL 12 2007

Mailed From 36049

RETURNED FOR
CARRIER ENDORSEMENT

Wrong
Address

c/o Hon. Clerk Office
Middle District of Alabama
United States District Court
P.O. Box 711

36101-0711

Mr. Lonnie Hope
#181215 (L-6,01a)
P.O. Box 150
MT. Meigs, AL.
36057