IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRIE HOPE,           )<br>                        )<br>   Plaintiff,         )<br>                        )<br>   v.                   )<br>                        )<br>RICHARD ALLEN, Commissioner )<br>of Alabama Department of    )<br>Corrections, et al.,    )<br>                        )<br>   Defendants.          ) | CIVIL ACTION NO.<br>2:07cv210-MHT |

### ORDER

It is ORDERED that plaintiff's objection to order (Doc. No. 28) is overruled.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 16th day of July, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE