In The United States District Court
For The Middle District of Alabama
Northern Division

Larrie Hope #181215
    Plaintiff

V.

Richard Allen et. at.
    Defendants

Case No: 2:07-CV-210-MHT

## Objections

Come now the Plaintiff Larrie Hope files these objections in the above style cause for the following reason. In support of these objections Plaintiff states:

(1.) On May 17, 2007 the Defendants in the above style cause provided in their special report a black and white document of five supposedly photos taken of the Plaintiff on 7/6/06 by L.T. Clay. See "attached document". The document of supposedly photos taken of the Plaintiff on 7/6/06 are deliberately distructive and the Plaintiff can not tell if the black and white document of supposedly photos of the Plaintiff is the Plaintiff or not and Plaintiff actually dont think the black and white document of supposedly photos of the Plaintiff is the Plaintiff at all.

(2.) The photos taken on 7/6/06 by L.T. Clay was in color and L.T. Clay allowed the Plaintiff to view each of the photos of him. Attached to this objection is a black and white photo of the Plaintiff taken from October 1995 Life magazine, this black and white photo of the Plaintiff is 12 years old and still displays a clear view of the Plaintiff.

(3.) Plaintiff further states in this objection, that in the Plaintiff original complaint he informed this Honorable Court, of the photos And the institutional investigation And this Honorable court ordered the defendants to provide in their response in the special Report All documents in regard to the Plaintiff complaint of the 7/6/06 incident, And in the Defendants response in their special Report, Defendants Failed to provide Any of the A.D.O.C investigation Reports of the 7/6/06 incident. Defendants Also Failed to provide the investigation Report of the Plaintiff in regard to the 7/6/06 incident. Defendants Failed to provide the investigation interview Report with the wittness DeAndra Lewis, wittness for Plaintiff, in regard to the 7/6/06 incident. Defendants provided no A.D.O.C. investigation Report of Defendants CoI Pettaway And CoI Barber.

WHEREFORE, The Plaintiff respectfully request this Honorable Court to order the Defendants to comply And provide the Plaintiff with the following requested documents.

(1.) Provide the Plaintiff with All five photos in <u>Color</u> taken of the Plaintiff on 7/6/06 by L.T. Clay

(2.) Provide the Plaintiff with All of the A.D.O.C investigation Reports

(A.) investigation Report of the Plaintiff
(B.) investigation Report of the Plaintiff wittness DeAndra Lewis
(C.) investigation Report of CoI Roosevelt Pettaway
(D.) investigation Report of CoI Anthony Barber

Done on this 15 day of July 2007.

Respectfully Submitted
Larrie Hope #181215 Pro se

<u>Certificate of Service</u>

I hereby certify that copy of the foregoing have been served on the following by placing in U.S. Mail on the 15 day of July 2007

## CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing have been served on the following by placing in U.S. mail on the 15 day of July 2007.

C/O: THE CLERK:
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

And

C/O: Attorney General Office
11 South Union Street
Montgomery, Alabama 36130

Respectfully Submitted
Larrie Hope #181215 Pro Se
Larrie Hope #181215-K-25
3700 Holman Unit
Atmore Alabama 36503



GS. BUT CONVICTS HATE BEING ON DISPLAY AND GIVING UP TV, SMOKING AND COFFEE PRIVILEGES.



Larrie Hope

October 1995 Life Magazine

69

LARRIE HOPE
#81315-K-35
3700 Holman Unit
Atmore, Alabama 36503

LEGAL MAIL

This correspondence is forwarded
from an ... The contents
have not been ... and the Alabama
... is not responsible
for ... or content of the enclosure

36101+0711

C/o: The Clerk:
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

