# IN THE UNITED STATES DISTRICT COURT
## FOR THE Middle District of Alabama
## NORTHERN DIVISION

Larrie Hope #181215
  Plaintiff

V.

Richard Allen ET. AL.
  Defendants'

CASE NO: 2:07-CV-210-MHT

RECEIVED
2007 JUL 27 A 10:34

## Motion For Leave To Conduct Discovery

Come now, the Plaintiff Larrie Hope files this motion in the above style cause in request this Honorable Court for leave to conduct discovery. In support of this motion Plaintiff states:

(1.) Plaintiff files this motion and request this Honorable Court for Leave to Conduct Discovery. In Defendants Response in their Special Report on May 17, 2007 Defendants failed to produce all medical records in regard to 7/6/06 incident that are relevant to the Plaintiff claims.

(2.) Defendants also failed to produce institutional investigation reports in regard to the 7/6/06 incident

Done on this the 25 day of July 2007

WHEREFORE, The Plaintiff respectfully request this Honorable Court to Allow the Plaintiff for Leave to Conduct Discovery to obtain Documents in nature to information provided in the Defendants Special Report. The Documents the Plaintiff seeking does not addresses privileg matter nor will these documents undermine security of the Prison system and is relevant to a determination of the constitutional issues of the Plaintiff claims and will not be overly burdensome on the Defendants.

## Certificate of Serve

I hereby certify that a copy of the foregoing have been served on the following

C/O: The Clerk:
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

And

Attorney General Office
11 South Union Street
Montgomery Alabama 36130

Respectfully Submitted
Larrie Hope #181215
3700 Holman Unit
Atmore Alabama 36503



LARRiE HOPE
#181215- BI-5B
3700 Holman Unit
Atmore, Alabama 36503

C/o: THE CLERK:
United STATES DiSTRiCT COURT
P.O. Box 711
Montgomery, Alabama 36101-0711

**LEGAL MAIL ONLY**