IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRIE HOPE, #181215, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-210-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to conduct discovery filed by the plaintiff on July 27, 2007 (Court Doc. No. 31), and for good cause, it is

ORDERED that:

1. On or before August 9, 2007, the defendants shall address the allegations presented in the motion for leave to conduct discovery. If the defendants have failed to provide copies of all medical records and/or incident reports relevant to the July 6, 2006 incident, the defendants shall file such documents as a supplement to their special report.

2. The plaintiff be and is hereby GRANTED an extension from August 6, 2007 to and including August 20, 2007 to file a response to the defendants' written report.

Done this 31st day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE