IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRIE HOPE #181215
  Plaintiff

V.

Richard Allen ET. Al
  Defendants

CASE NO: 2:07-CV-210-MHT

RECEIVED 2007 AUG -7 A 9:48
P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Discovery

Come now LARRiE Hope Plaintiff Files this motion in the above style cause in Pursuant to Rule #26 And #34 of the Federal Rule of Civil Procedure And in Pursuant to Ala. F.O.I.A. I E 36-12-40 Alabama Code 1975 Title 36 - Vol 19A Article 3. Inspection And Copying of Record In Support of this motion, Plaintiff Request:

(1.) Copies of All investigation reports in regard to the 7/6/06 incident

2.(A.) Copy of X Rays report Taken of the Plaintiff on 7/26/06
  (B.) A copy of Prison Health services special needs Communication Form to Doc From Dpc on 7/26/06 including Medical report And medication Prescribe

3. All Five Copies of Photos in Color Taken of the Plaintiff on 7/6/06.

4. A Copy of All Medical Sick Call request made by the Plaintiff From 7/6/06 To 8/6/06.

DONE on this ___ day of __August__

WHEREFORE, Plaintiff respectfully request this Honorable Court to order the Defendants to produce the following requested documents. These documents was not provide in the Defendents special report and are relevant to the Plaintiff claim and will support genuine issue of material facts.

## Certificate of Service

I hereby certify that a copy of the foregoing have been place in US mail and served on the following:

C/O: THE CLERK:
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

And

C/O: Attorney General Office
11 South Union Street
Montgomery Alabama 36130

Respectfully Submitted
/s/ Larrie Hope #181215
Larrie Hope 181215 Pro Se
3700 Holman Unit
Atmore Alabama
36503



C/o: THE CLERK:
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-6711

LARRiE HOPE
#181815 - B1-5B
3700 Holman Unit
Atmore, Alabama 36503

Legal Mail