IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRIE HOPE, #181215, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-210-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for discovery filed by the plaintiff on August 7, 2007 (Court Doc. No. 34), and for good cause, it is

ORDERED that:

1. The motion for discovery be and is hereby GRANTED.

2. On or before August 23, 2007, the defendants shall file a supplement to their special report which contains copies of the documents and photographs requested by the plaintiff. If a requested document or photograph does not exist, the defendants shall so advise the court.

3. The plaintiff be GRANTED an extension of time from August 20, 2007 to and including September 7, 2007 to file a response to the defendants' special report in compliance with the directives of the order entered on May 18, 2007 (Court Doc. No. 18).

Done this 8th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE