IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LARRIE HOPE** | ) |
| Plaintiff(s), | ) |
| v. | ) |
| | ) CASE NO.: 2:07-CV-210-T |
| **RICHARD ALLEN, ET AL.** | ) |
| Defendant(s). | ) |

## MOTION TO RECONSIDER ORDER ISSUED AUGUST 8, 2007

COME NOW the Defendants, **Allen, Rowell, Barrett, Bolling, Clay, Barber, Pettaway, Dinkins, Smith, and Baggett**, by and through undersigned counsel, and file this Motion to Reconsider Order Issued August 8, 2007, stating as follows:

1. In the Special Report filed by Defendants, they have raised the issue of qualified immunity. The filing by the Plaintiff is a request for discovery. Defendants object to providing discovery based on qualified immunity asserted in their Special Report. Based on the affidavits submitted by Defendants, it is clear that the Defendants were acting in their discretionary authority when the alleged wrongful acts occurred. "Once the affirmative defense of qualified immunity is asserted, '[u]nless the plaintiff's allegations state a claim of violation of clearly established law, a defendant pleading qualified immunity is entitled to dismissal before the commencement of discovery.' *Id.* [*Marsh v Butler County*, 268 F.3d 1014, 1022 (11th Cir. 2001)] (*quoting Mitchell v.*

*Forsyth*, 472 U.S. 511, 526, 105 S.Ct. 2806, 2815, 86 L.Ed.2d 411 (1985))." *Nichols v Maynard*, 204 F.Ed.Appx. 826, 828 (11th Cir. 2006)

2. Defendants also object to having to provide free copies of documents and photographs to the Plaintiff. Under the rules of discovery, these costs should be borne by the Plaintiff.

3. Without waiving the issue raised in paragraph one, Defendants will agree to produce these documents for Hope's inspection and make any copies of documents he wants to mark upon Plaintiff paying the costs of reproduction.

          Respectfully submitted,

          TROY KING
          Attorney General

          /s/ *Ellen Leonard*
          Ellen Leonard (LEO008)
          Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 353-8699
(334) 242-2433 - fax

**CERTIFICATE OF SERVICE**

      I hereby certify that I have, this the 22nd day of August, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Larry Hope, AIS 181215
Kilby Correctional Facility
P. O. Box 150
Mt Meigs, AL 36057

                                                /s/ *Ellen Leonard*
                                                Ellen Leonard
                                                Assistant Attorney General