**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **LARRIE HOPE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO.: 2:07-CV-210-T** |
| | ) | |
| **RICHARD ALLEN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RESPONSE TO ORDER DATED AUGUST 23, 2007

COME NOW the Defendants, **Allen, Rowell, Barrett, Bolling, Clay, Barber, Pettaway, Dinkins, Smith and Baggett**, by and through undersigned counsel, and in accordance with this Honorable Court's Order dated August 23, 2007, offer the following:

Plaintiff has requested the following documents:

1.      Copies of all investigative reports in regard to the 7/6/06 incident:

**Response:      See Exhibit 1 attached hereto.**

2.      a)      Copy of x-ray[s] report taken of the Plaintiff on 7/26/06.

        b)      A copy of the prison health services special needs communication form to DOC from OPC on 7/26/06, including medical report and medication prescribe. (sic)

**Response:      See medical records and other documents attached hereto as Exhibit 2.**

3.      All five copies of photos in color taken of the Plaintiff on 7/6/06.

**Response:**      **See Exhibit 3 attached hereto.**

4.      A copy of all medical sick call request made by the Plaintiff from 7/6/06 to 8/6/06.

**Response:**      **See medical records and other documents attached hereto as Exhibit 2.**

Respectfully submitted on this 4th day of September, 2007.

TROY KING
Attorney General

 /s/  ELLEN LEONARD
ELLEN LEONARD (LEO008)
Assistant Attorney General
Counsel for the Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 353-8811
(334) 242-2433 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have, on this 4th day of September, 2007, electronically filed

the foregoing with the Clerk of the Court, using the CM/ECF filing system, and that I

have further served a copy of the foregoing upon the Plaintiff, by placing same in the

United States Mail, postage prepaid and properly addressed as follows:


Larrie Hope, #181215
Holman Correctional Facility
Holman 3700
Atmore, AL  36503-3700


                                                   /s/  ELLEN LEONARD
                                                  OF COUNSEL

# INVESTIGATIVE REPORT

**ALABAMA DEPARTMENT OF
CORRECTIONS**



**INVESTIGATION & INTELLIGENCE
DIVISION**

Confidential-For Official Use Only

Offense: <u>Allegations of assault by an officer on</u>    Case No.: _____    06-10338
<u>an inmate</u>

Location: <u>Kilby Correctional Facility</u>    County: <u>Montgomery</u>   Date of Offense: <u>7-6-2006</u>

| Victim(s) | Subject(s) |
|---|---|
| Larrie Hope<br>B/M, AIS 181215S | Correctional Officer Roosevelt Pettaway<br>Correctional Officer Anthony Barber |

## DETAILS:

In inmate Larrie Hope, B/M, AIS 181215S, complaint, he stated he was assaulted by Correctional Officers Roosevelt Pettaway and Anthony Barber at Kilby Correctional Facility on 7-6-2006.

In a statement by inmate Larrie Hope, he stated he was showering and Correctional Officer Pettaway came to the shower area, and Officer Pettaway was cursing him (Hope). Inmate Hope stated he told Officer Pettaway that it was no reason for him to be cursing him. Inmate Hope went downstairs from the shower area between the cube and the hallway. He stated that while he was in the shower area, Officers Pettaway and Barber both came to the shower area, and after he left, and then made it to the hallway, Officer Pettaway came up behind him and grabbed him around the neck and threw him (Hope) against the cube. Inmate Hope stated that Officer Pettaway started punching him (Hope) in his face and kicked both Hope's legs out from under him (Hope)

| Criminal | _____ | Non-Criminal | _____ | Internal | x_____ |
|---|---|---|---|---|---|
| Unfounded | _____ | Pending Investigation | _____ | Closed or Inactive | x_____ |
| | | Cleared by Arrest | _____ | Not Cleared | _____ |

| Copies of Report to | | |
|---|---|---|
| Commissioner | _____ | Date of Report    July 21, 2006 |
| D/A | _____ | |
| D/C | _____ | Report Made by    C. P. Barfoot |
| Other    Warden Rowell | | Report Typed by    Casandra Henderson |

**EXHIBIT
1**

Inmate Hope stated that when he hit the floor, Officer Pettaway was on top of him and was still punching him. Inmate Hope stated that Officer Anthony Barber came up and started stomping (kicking) him (Hope) in the head five or six times.

A body chart was completed on inmate Larrie Hope at Prison Health Services and showed that his face had multiple scratches on the side of his face, his eyes were red, and an abrasion on both sides of the chest, a scratch on the left lower chin, and his nose was bleeding.

Correctional Officer Pettaway stated he thought that inmate Hope got the cuts and bruises on while he was on the concrete floor at Kilby Correctional Facility. Officer Pettaway stated that inmate Hope was still cursing, fussing, and resisting. He stated that inmate Hope threatened to kill him during this incident.

Officer Anthony Barber stated that he went to the shower and told inmate Hope to get out of the shower area, that inmate Hope was yelling, being belligerent, and was cursing, and calling Officer Pettaway a sissy bitch and telling him that he (Hope) was going to kill him. He stated that as they were escorting him out of the shower area, and when they got downstairs, inmate Hope turned and swung with his left hand at Officer Pettaway, and Officer Pettaway reacted by going under the left hand swing of inmate Hope and putting Hope to the floor. He stated that while on the floor, inmate Hope was still resisting, and he was biting and starting to kick, but they finally got inmate Hope cuffed. At that time, they called for the supervisor, Lieutenant Clay, and Captain Bolling came to the scene. In Anthony Barber's statement, he stated that at no time did he hit, kick, or physically assault inmate Hope in any way, and that no one else did in his presence.

Correctional Officer Tericus Dinkins was interviewed at Kilby Correctional Facility. He stated that the first knowledge he had of this incident was that Correctional Officers Pettaway and Anthony Barber had inmate Larrie Hope subdued on the floor and Officer Pettaway asked him (Dinkins) to go to the office to get a pair of handcuffs. He stated he went and got the handcuffs and Officer Barber put the handcuffs on inmate Hope. He stated they told him (Dinkins) to call Lieutenant Clay, and he then called Lt. Clay and Captain Bolling. He stated that at no time during his presence, did anyone assault inmate Larrie Hope in any manner.

Captain Leon Bolling of Kilby Correctional Facility was interviewed. He stated that at the time when he first saw Larrie Hope, inmate Hope was handcuffed from behind, and he saw some blood coming from the forehead area. Capt. Bolling stated that inmate Hope made the statement to him (Bolling), "If you don't get me out of this camp, I'm gonna stick one of your officers." Capt. Bolling stated that Hope continued to threaten Officer Pettaway in Capt. Bolling's presence.

Inmate DeAndra Lewis was interviewed at Kilby Correctional Facility. Inmate Lewis had been named as a possible witness by inmate Larrie Hope. Inmate Lewis stated he was in the shower area when the officers removed inmate Hope, and that the officers were using profanity, but he (Lewis) did not see any officer assault inmate Hope. Inmate DeAndra Lewis stated he heard inmate Larry Hope curse the officers.

The only evidence to support inmate Larry Hope's allegation that Correctional Officer Roosevelt Pettaway hit and kicked him (Hope), and that Correctional Officer Anthony Barber stomped him with his foot, is inmate Larry Hope's statement. The evidence that indicates that opposite of

inmate Hope's allegation is the statements made by Correctional Officers Anthony Barber and Roosevelt Pettaway.

This writer requests that a copy of this investigative report be sent to Warden Willie Rowell at Kilby Correctional Facility.

C. P. Barfoot, Investigator
Alabama Department of Corrections
Investigations and Intelligence Division

CPB/ch

AFFIDAVIT

)
)
)
)
)

STATE OF ALABAMA

I, __Jacqueline Johnson__ , hereby certify and affirm that I am a <u>Medical Records Clerk</u> at <u>Holman Health Care Unit</u>; that I am one of the custodians of inmate medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional medical file of one, __Hope, Larrie__ AIS NO. __181215__ ; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the __Holman Health Care Unit__ ; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 28th day of __August__ , 2007.

SWORN TO AND SUBSCRIBED before me this the _28_ day of _August_ , 2007.

NOTARY PUBLIC

SEAL:

My Commission Expires _7/17/08_

**EXHIBIT**
**2**

HCH

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

E-Block #5

INSTITUTION: KILBY

Name: Hope, Larrie

State ID No: 181215

DOB 2/5/56

Race: B    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| B. Adams CRNP | 7/24/06 | | ✓ | | |

HISTORY/DIAGNOSIS:

R/O Abnorm..

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/W/O WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS ✓ Rt | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |

Hope

RIGHT 5TH RIB DETAIL: Fracture of the right 5TH rib suspected. The bony architecture appears intact.

D & T: 07-26-06 Thomas J. Payne, III, M.D./dc Board Certified Radiologist (Signature on file)

See orders
7/24/06
BA

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

F1-3030 (REV. 12/93)    WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Hope, Larrie
181215      7/24/06
                        235P
D.O.B.   /   /          naked
ALLERGIES:   Sulfa       gar

Use Last      Date 7/24/06

DIAGNOSIS (If Chg'd)
① X-Ray  ® Ribs  R/o  ABN
② Motrin 600 mg p.o. BID x 30d PRN
③ Tylenol 650 mg p.o. BID x 30d PRN
    (may take c motrin)
④ Flu OPL ī wk (X-Ray) Jer
☐ GENERIC SUBSTITUTION IS NOT PERMITTED     Jen CRNP

---

NAME: Hope, Larrie
181215      7/10/06
                        4PM
D.O.B.   /   /          noted
ALLERGIES:   Sulfa      Brown

Use Fourth    Date 7/10/06

DIAGNOSIS (If Chg'd)
① Eye List (next available)
② Motrin 600 mg p.o. BID x 14d PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED     Brn Cdnl

---

NAME: Hope, Larrie
181215      6/8/06
                        1040A
D.O.B.   /   /          noted
ALLERGIES:   Sulfa      Brown

D-18
Use Third     Date 6/8/06

DIAGNOSIS (If Chg'd)
① CTM 8mg p.o. BID x 14d PRN
② Tylenol 650 mg p.o. BID x 14d PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED     Brn CRNP

---

NAME: Hope, Larrie
181215
                        Noted
D.O.B. 7/15/56          Brown
ALLERGIES: Sulfa

Use Second    Date 5/29/06

DIAGNOSIS (If Chg'd)
APE: CXR, Chem profile c CBC
EKG, PSA, RPR

☐ GENERIC SUBSTITUTION IS NOT PERMITTED     Rosentin CRNP

---

NAME: Hope, Larrie
181215
                        2/8/06
D.O.B. 7/15/66          1020A
ALLERGIES: Sulfa    8   noted
                        gar

Use First     Date 2/8/06

DIAGNOSIS
Augmentin 875 mg PO BID x 10days
Extra PSE ī PO BID/PRN x 3days
Tylenol 1000 mg PO TID/PRN x 3days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)

PHS

## Nursing Evaluation Tool:

**General Sickcall**

Facility: KCF

Patient Name: Hope, Larrie

Inmate Number: 18|2|5

Date of Report: 7-10-06

Date of Birth: 7|5|56

Time Seen: 1600 (AM)/PM Circle One

**Subjective:** Chief Complaint(s): Massive head pain can't see out

Onset: of Lt eye, X 4 days ago.

Brief History: (Continue on back if needed) DD 40 Bm c Ø significant medical
Hx,

**Objective:** Vital Signs: (As Indicated) T: ___ P: ___ RR: ___ B/P: ___   Deferred  Loud argumentative   □ Check Here if additional notes on back   Coffee

Examination Findings: (Continue on back if needed) A+O X3 Resp reg c ease. NAD.

**Assessment:** (Referral Status) Preliminary Determination(s): Alt in Comfort   □ Check Here if additional notes on back
  □ Referral NOT REQUIRED
  ☑ Referral REQUIRED due to the following: (Check all that apply)    R/T above
    □ Recurrent Complaint (More than 3 visits for the same complaint)
    ☑ Other: HA's, can't see out of Lt eye

Comments: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or as unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  □ Instructions to return if condition worsens.
  □ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding if they should do as well as appropriate follow-up. □ YES □ NO (If NO then schedule patient for appropriate follow-up visits)
  □ Other: (Detail)

OTC Medications given ☑ NO □ YES (If Yes List): ___

Referral: □ NO ☑ YES (If Yes, Whom/Where): B Adams CRNP

Referral Type: □ Routine □ Urgent □ Emergent (If emergent who was contacted?): ___   Date for referral: / /   Time: ___

X _____ RN   Nurse's Signature   Name: Lorraine Graves   Printed

## Nursing Evaluation Tool:

General Sickcall

Facility: KCF

Patient Name: Hope, Jarrie

Inmate Number: 181215

Date of Report: 7-24-06
[MM] [DD] [YYYY]

Date of Birth: 7,15,5C
[MM] [DD] [YYYY]

Time Seen: 115   AM/PM Circle One

**Subjective:** Chief Complaint(s): Pain Medicine for a couple of weeks its not

Onset: helping. Still having pain Rt Chest/side pain

Brief History: scale 1-10 pain is a 10.
(Confirm at tick accessed)
50  48  Bm c Ø significant Medical Hx.

**Objective:** Vital Signs: (As indicated) T: 98.3 P: 76 RR: 20 BP: 102,67

Examination Findings:
(Confirm at tick accessed)

**Assessment:** (Referral Status) Preliminary Determination(s): alt in comfort RT
☐ Referral NOT REQUIRED                                     above statement
☒ Referral REQUIRED due to the following: (Check all that apply)
☐ Recurrent Complaint (place him 2 visits for the same complaint)
☐ Other:

Comments: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or an nature of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:
OTC Medications given ☒ NO   ☐ YES (If Yes List:

Referral: ☐ NO ☒ YES (If Yes, Whom/Where) B Adams ERNP
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?):   Date for referral 7 24,06
[MM] [DD] [YYYY]

x _L. Graves, LPN_
Nurses Signature

Name: _Lorraine Graves_
Print

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**EMERGENCY** KCf

| ADMISSION DATE 07 /06/06 | TIME 502 AM PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES  NKDA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.4 ORAL/RECTAL  RESP 24  PULSE 112  B/P 146/100  RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

Body chart Per Doc

Altercation

ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES



Red eye   Red eyes   cuts + bruises
#Abrasion
Scratch
#Bruise   PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

Inmate escorted to w/b by officers - face bloody, scratches (multiple) on (L) side of face. eyes (both) red. - very hostile + angry. Abrasion on both sides of chest bruise on (L) lower chin —— nose bleeding- controlled c pressure- Slight endentation noted on (L) side of nose- Scratches + cuts noted on top of head — Abrasion on (R) side of Back- c/o slight headache Released Back to DOC

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY
- Areas cleaned c N/S
- P. Tylenol 500mg po Now for headache

DIAGNOSIS  Altercation

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 7/16/06 | TIME 515 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

NURSE'S SIGNATURE Delta Dunster  DATE 7/16/06 | PHYSICIAN'S SIGNATURE 7/10/06 | DATE | CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)  Holt, Larry

| DOC# 18215 | DOB 7/5/56 | R/S B/M | FAC. Kilby |

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _LARRIE HOPE_    Date of Request: _7/9/06_
ID # _181215_    Date of Birth: _7/5/56_ Location: _E-5_
Nature of problem or request: _On 7/6/06 I was beaten by officer Pettaway_
_And Officer Barber, Due to Officer Pettaway And Officer Barber_
_Stomping me in my head side and back I'm now having diff. on these_
_with massey hurt Pains And I'm loosing site in my left eye._
_I'm requesting to see the doctor_   _Larrie Hope_
_Thank you HAVE A good Day_   _Signature_

**/DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**   _See Net_

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_7/10/06_
_(h)_

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _LARRie Hope_          Date of Request: _7/22/06_
ID # _181215_          Date of Birth: _7/5/56_  Location: _E-B-5_
Nature of problem or request: _Nurse I've been Taking Pain Medication For At least Two weeks And The Truth is There is A very intense Pain in my right Chest And rib Area. I'm Sure nothing is broken bEcAuse I can move Around. I'm requesting To sEE A medical Doctor_

_Larrie Hope_
_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _7/24/06_
Time: _6 00_ (AM) PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_7/24/06_

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



EXHIBIT

3

KCF06-552

7-6-06
8:06 PM   cc



KCF06-552

7-6-06   8:25 A.M.   cc



KCF06-553

7-6-06   KCF06-553
8:25 PM      cc



KCF06-552

7-6-06
8:25 P.M.   cc



KCF06-552.

7-6-06
8:25 PM   cc