# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

LARRIE HOPE #181215,
    PLAINTIFF

V.

RICHARD ALLEN ET AL,
    DEFENDANTS

CASE NO: 2:07-CV-210 MHT

RECEIVED 2007 SEP 21 A 10:03
DEBRA P. HACKET
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## Motion for Extension of Time

Come now Larrie Hope, Plaintiff file this motion in pursuant to Federal Rule of Civil Procedure 6(B) and request this Honorable Court for extension of time. In support of this motion plaintiff states:

The Plaintiff was served a motion for Summary Judgment by the Defendants and given a deadline of September 27, 2007 to file an opposition to Defendants motion for Summary Judgment.

The Plaintiff also states, since receiving Summary Judgment motion on behalf of Defendants he has moved from his prior institution. Plaintiff also states he is in alien environment with no help and limited law library access, therefore that justice be served to all party involved that he be granted an extension of time to answer an opposition to Defendants motion for Summary Judgment.

THANK YOU.

Respectfully Submitted
Larrie Hope # 181215 pro se

## Certificate of Service

I hereby certify that i have this 17th day of September 2007 file the foregoing with the clerk of the court system and served a copy of the foregoing upon the Defendants, by placing same in the United States mail.

C/O Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

And

C/O Attorney General Office
11 South Union Street
Montgomery Alabama 36130-0152

Respectfully Submitted
Larrie Hope #181215
3700 Holman Unit
Atmore Alabama 36503

Larrie Hope
#181215-B1-74-B
3700 Holman Unit
Atmore, Alabama 36523

MOBILE AL 366

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

LEGAL MAIL ONLY