IN THE UNITED STATES DISTRICT COURT
FOR THE Middle District of Alabama
Northern Division

Larrie Hope
  Plaintiff(s)

v.

Richard Allen, ET AL.
  Defendant(s).

CASE NO: 2:07-CV-210-MHT

RECEIVED 2008 APR 18 A 9:49
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

## Motion For Jury Trial

Come now Larrie Hope, Plaintiff, files this motion in pursuant to Federal Rule of Civil Procedure 38(b) and request this honorable court for a jury trial in the above style case. In support of this motion, Plaintiff states:

(A.) Plaintiff states that on October 10, 2007 Plaintiff provided this honorable court with a response to the defendants answer and special report.

(B.) Plaintiff also states that, Plaintiff provided the court with facts and evidence of records in support to each element of his claims.

(C.) Plaintiff further states that the defendants have failed to meet its initial burden to establish a prima facie entitlement

to summary judgment by showing the absence of genuine issues.

(Di) Plaintiff further states that the Eighth Amendment prohibits the infliction of cruel and unusal punishment displayed by the defendants in the instant case as the force used was malicious and sadistically inflicted for the very purpose of causing harm to the plaintiff.

THEREFORE, base on the facts and evidince of recouds Plaintiff respectfully request this honorable court to grant this motion for a jury trial.

Done on this 14 day of April 2008

### Certificate of Service

I hereby certify that i have this 14 day of April 2008, served a copy of the foregoing on counsel for defendants, by placing a copy of the same in the prison internal mailing system for mailing postage prepaid and properly addressed as follows:

Ellen Lenard
Assistant Attorney General
11 South Union Street
Montgomery Alabama 36130

Respectfully Submitted
Larrie Hope
Larrie Hope #181215-A-8B
3700 Holman Unit
Atmore, Alabama 36503

Larrie Hope
# 181215-A-8-B
3700 Holman Unit
Atmore, Alabama 36503



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

**LEGAL MAIL ONLY**