IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LARRIE HOPE,                      )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )     2:07cv210-MHT
                                  )
RICHARD ALLEN, Commissioner       )
of Alabama Department of          )
Corrections, et al.,              )
                                  )
    Defendants.                   )
```

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The magistrate judge's supplemental recommendation (Doc. No. 48), to which no objections have been filed, is adopted.

(2) The motion for summary judgment (Doc. No. 17) is granted as to the classification-level claim asserted against defendant Angie Baggett.

(3) Summary judgment is entered in favor of defendant Baggett and against plaintiff Larrie Hope on his claim against defendant Baggett, with plaintiff Hope taking nothing as to this claim

DONE, this the 2nd day of July, 2009.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**