IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LARRIE HOPE,                     )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )        2:07cv210-MHT
                                 )             (WO)
ROOSEVELT PETTAWAY,              )
ANTHONY BARBER, and              )
TERICUS DINKINS, in their        )
individual capacities,           )
                                 )
    Defendants.                  )
```

## JUDGMENT

On July 21, 2009, after this cause had been submitted to a jury, the unanimous verdict was returned as follows:

   a. May plaintiff Larrie Hope prevail on his claim against defendant Roosevelt Pettaway of unconstitutional use of excessive force?

                Yes  _____
                No     X

   b. May plaintiff Larrie Hope prevail on his claim against defendant Anthony Barber of unconstitutional use of excessive force?

```
                    Yes  _____
                    No   ___X____
```

c.  May plaintiff Hope prevail on his claim against defendant Tericus Dinkins for unconstitutional deliberate indifference for failing to protect him from the alleged use of excessive force by Pettaway and Barber?

```
                    Yes  _____
                    No   ___X____
```

                              XXX

SO SAY WE ALL.

                              /s/ Ludie A. Smith
                                  Foreperson

DATED: July 21, 2009

It is therefore the ORDER, JUDGMENT, and DECREE of the court that Judgment is entered in favor of defendants Roosevelt Pettaway, Anthony Barber, and Tericus Dinkins and against plaintiff Larrie Hope, with plaintiff Hope taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Hope, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 22nd day of July, 2009.**

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**